UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BROTHERS & SISTERS BARBERCOSMO ACADEMY, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ACCREDITING COMMISSION OF CAREER ARTS & SCIENCES, et al., <br><br> Defendants. | Case No. 20-cv-02160-DMR <br><br> **ORDER TO SHOW CAUSE** |

Defendants filed a motion to dismiss on May 19, 2020. [Docket No.16.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendants' motion was due on June 2, 2020, but no such opposition has been received. <u>Plaintiff The Brothers & Sisters Barbercosmo Academy is ordered to respond by June 11, 2020 and show cause for its failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on June 25, 2020 is VACATED. A new hearing shall be noticed by the court if necessary. If Plaintiff does not respond by June 11, 2020, Defendants' motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 4, 2020



Donna M. Ryu
United States Magistrate Judge